1
2
3
4
5
6
7
8
# United States District Court
## Central District of California
10
11  JUAN BRISENO,                                   Case No. 2:16-cv-04639-ODW(FFM)

12                     Plaintiff,

13              v.                                   **ORDER TO SHOW CAUSE**

14  NEW CHINA EXPRESS, LLC, doing

15  business as TASTY GOODY; and DOES

16  1 through 10, inclusive

17                     Defendants.

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

On October 17, 2016, the Court stayed this case for sixty days to allow the parties additional time to pursue settlement.  (ECF No. 13.)  That stay has long since expired.  Accordingly, the Court orders Plaintiff Juan Briseno to show cause why this case should not be dismissed for lack of prosecution.  Failure to file a response by **April 3, 2017**, will result in dismissal of this lawsuit without prejudice without further notice.

**IT IS SO ORDERED.**

March 28, 2017

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**